# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 29, 2020

Lyle W. Cayce
Clerk

No. 20-50170
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jill Ann Charpia, *also known as* Jill Charpia, *also known as* Jill
A. Charpia, *also known as* Jill Hoops, *also known as* Jill A.
Hoops, *also known as* Jill Tharpia,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CR-704-1

Before King, Smith, and Wilson, *Circuit Judges*.

Per Curiam:*

Jill Ann Charpia, formerly federal prisoner # 02076-380, pled guilty to making false statements in seeking funds from the United States Department of Defense (DOD), in violation of 18 U.S.C. § 1001(a)(1)–(3). As part of her

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-50170

sentence, the district court ordered her to pay $920,000 in restitution to a DOD unit, pursuant to the Mandatory Victims Restitution Act. She appeals the district court's denial of her motion to quash a writ of garnishment related to that restitution order.

An order denying a motion to quash a writ of garnishment is not a final order, and Charpia has not attempted to "meet [her] obligation to demonstrate [appellate] jurisdiction by adequately briefing the issue." *United States v. Branham*, 690 F.3d 633, 635 (5th Cir. 2012); *see* 28 U.S.C. §§ 1291, 1292. Accordingly, we DISMISS her appeal without prejudice for lack of jurisdiction. *See Branham*, 690 F.3d at 636.